

**ORDERED in the Southern District of Florida on September 16, 2014.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Maritza I Baquedano                           Case No: 14-17216-AJC
                                                      Chapter 13

_____Debtor_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA, N.A. (Account No. XXXX9399)**

THIS CASE came to be on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE  28 ; the "Motion"). The parties having agreed, the Court FINDS as follows:

A.  The value of the debtor's real property (the "Real Property") located at 6245 Kendale Lakes Circle #A-203, Miami, FL 33183-1975, and more particularly described as PASEO REAL CONDO UNIT 203 BLDG A UNDIV 1237/16702 INT IN COMMON ELEMENTS OFF REC 17902-83 AMD 20135-445 OR 20299-4373 0302 1 is $82,560.00 at the time of the filing of this case.
.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

LF-92 (rev. 01/08/10)                      Παγε 1 οφ 2

2. Lender has an allowed secured claim in the amount of $ <u>10,000.00 payable at 5.25% interest for a term of 60 months</u>.

3. (Select only one):

  ___  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

  _X_  Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>24,488.34</u>, regardless of the original classification in the proof of claim as filed.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:
Robert Sanchez, Esq.
355 West 49th St
Hialeah, FL 33012
Tel. (305) 687-8008

Attorney <u>Robert Sanchez, Esq.</u> is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-92 (rev. 01/08/10)                    Παγε 2 οφ 2