# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ____Fourth____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**: MARITZA I. BAQUEDANO** JOINT DEBTOR:_____CASE NO.: _14-17216-AJC__
Last Four Digits of SS# XXX-XX-7031 Last Four Digits of SS# __XXX-XX-_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $_362.03___ for months __1__ to _60_; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $_3,650.00 + $775.00 Motion to Value=$4,425.00_ TOTAL PAID $1,800.00
            Balance Due  $_2,625.00__ payable $_131.25_/month  (Months _1_ to _20_ )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____  Arrearage on Petition Date  $_____
Address:_____  Arrears Payment  $_____/month  (Months _____ to _____)
                    Regular Payment  $_____/month  (Months _____ to _____)
Account No: _____
**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, N.A. Account No.68218003029399 | Property Address: 6245 Kendale Lakes Circle #A-203, Miami, FL 33183-1975 Value $82,560.00 Appraisal by: Miami-Dade County | 5.25% | $189.86 | _1_  To  _60_ | $11,391.59 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

<u>Unsecured Creditors</u>:  Pay $_4.72_/month (Months _1_ to _20_ ), $_135.97/month (Months _21_ to _60_ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

<u>Other Provisions Not Included Above</u>: <u>Debtors will continue to pay the 1st mortgage Wells Fargo Home Mortgage (Account No.XXX-6338) on homestead property located at:6245 Kendale Lakes Circle #A-203, Miami, FL 33183 outside of the bankruptcy. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.</u>

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Maritza Baquedano_____  _____
Debtor  Joint Debtor
Date:__11/13/2014_____  Date:_____

LF-31 (rev. 06/02/08)