UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
Maritza Baquedano  Case No. 14-17216-AJC
 Chapter 13

    Debtors.
_____/

### NOTICE TO CONVERT CHAPTER 13 BANKRUPTCY CASE TO CHAPTER 7

**COME NOW,** the debtors, Maritza Baquedano by and through their undersigned counsel and file this Notice to Convert Chapter 13 Bankruptcy Case to Chapter 7 and for the reasons as set forth below:

1. On or about March 29, 2014, the instant case was filed.

2. The case was confirmed on December 30, 2014.

4. The debtors have informed undersigned counsel that he would like to have the instant case converted to a Chapter 7 in order to have the Chapter 13 plan payments which is a financial burden to them.

5. Therefore, the debtors would like to convert the instant case to a Chapter 7 in order to receive a discharge of their debts.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and via regular mail to all parties on the service list this April 11, 2016.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor(s)
        355 West 49th Street
        Hialeah, FL 33012
        Tel. (305) 687-8008

        By:*/s/ Robert Sanchez*
          Robert Sanchez, Esq., FBN# 0442161